**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: UNITEDHEALTH GROUP<br>INCORPORATED PSLRA LITIGATION | Master File No. 06-1691 (JMR/FLN) |

**DECLARATION OF KATIE C. PFEIFER
IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT
FURTHER DISCOVERY CONCERNING METADATA PRODUCED BY
DEFENDANT UNITEDHEALTH GROUP [INCORPORATED]**

I, KATIE C. PFEIFER, declare as follows:

1. I am an attorney at the law firm of Dorsey & Whitney LLP, attorneys for Defendants UnitedHealth Group Incorporated ("United"), Stephen J. Hemsley, Patrick J. Erlandson, Robert J. Sheehy, William A. Munsell, Tracy L. Bahl, Lois E. Quam, James A. Johnson, Thomas H. Kean, Mary O. Mundinger, William C. Ballard, Jr., Douglas W. Leatherdale, Gail R. Wilensky, Richard T. Burke, Donna E. Shalala, and Robert L. Ryan. I make this declaration in opposition to Plaintiffs' Motion for Leave to Conduct Further Discovery Concerning Metadata Produced by Defendant UnitedHealth Group [Incorporated].

2. By Order dated March 10, 2008, the Court overruled United's assertion of work product protection as to the "restatement binders relating to 29 option grants" that Matthew Ladegaard, United's Vice President of External Financial Report, testified about in his deposition. United promptly produced the contents of the binders on March 20, 2008. Included in the binders were printouts of metadata information for certain of the documents.

3. United began producing documents to Plaintiffs on September 4, 2007. By the close of discovery on April 1, 2008, United and its counsel had reviewed and produced in excess of 22.3 million pages of documents. Given the size of the production, and the time-consuming nature of such a review, United produced documents on a rolling basis. Over 21.8 million pages of the production occurred prior to the expert disclosure deadline of March 1, 2008.

4. United has produced both electronic documents (such as Word documents) and hard copies of documents (which have been scanned and produced on a disk rather than in paper format). With each electronic document, United has produced numerous metadata fields, to the extent they are available, including file type, file name, source path, date created, date modified or sent, and date accessed or received. The metadata associated with each document was not a hard-copy printout, such as that contained in the restatement binders, but rather a separate electronic load file included with each production. The metadata United has produced is a select set of file system metadata that is considered to be the most reliable, the most consistent across varied applications, and the most frequently referenced.

5. United has been producing metadata with the electronic documents since its first productions in September 2007. Because of the rolling nature of the production, though, some of the electronic documents with attendant metadata, including those corresponding to the 21 Written Actions and CEO Certificates identified by Plaintiffs, were not produced until March 20, 2008.

6. In addition to the five documents identified by Plaintiffs that were produced with corresponding metadata prior to March 1, 2008, see Declaration of Jennifer L. Gmitro, ¶ 2, Plaintiffs also had access to many other electronic documents with corresponding metadata information. Indeed, prior to March 1, 2008, Defendants produced the following electronic versions of CEO Certificates and Written Actions that were included in the restatement binders (which were produced on March 20, 2008):

| Version From the Restatement Binders | Type of Document | Electronic Version of Document | Date Electronic Version Produced (With Metadata) |
|---|---|---|---|
| UHGSL40003352 | CEO Certificate for October 31, 2005 Grant | UHGSL19068109 | October 15, 2007 |
| UHGSL40001834 | CEO Certificate for January 17, 2001 Grant | UHGSL19068110 | October 15, 2007 |
| UHGSL40002195 | CEO Certificate for August 5, 2002 Grant | UHGSL19068111 | October 15, 2007 |
| UHGSL40003159 | CEO Certificate for May 5, 2005 Grant | UHGSL19068113 | October 15, 2007 |
| UHGSL40002331 | CEO Certificate for February 12, 2003 Grant | UHGSL19068114 | October 15, 2007 |
| UHGSL40002049 | CEO Certificate dated March 31, 2002 | UHGSL19068117 | October 15, 2007 |
| UHGSL40002330 | Written Action for February 12, 2003 Grant | UHGSL19953176-3177 | December 7, 2007 |
| UHGSL40002633 | CEO Certificate for October 28, 2003 Grant | UHGSL21224272 | January 26, 2008 |
| UHGSL40001372-1373 | Written Action for October 13, 1999 Grant | UHGSL21455459-5460 | February 21, 2008 |
| UHGSL40001721-1722 | Written Action for March 8, 2000 Grant | UHGSL21455899-5900 | February 21, 2008 |

Attached hereto as **Exhibit 1** are true and correct copies of the above-referenced documents, with a spreadsheet identifying some of the metadata information produced with the electronic versions of the documents [*FILED UNDER SEAL*].

7.  Since January 2008, Plaintiffs have deposed over 40 current and former directors, employees and representatives of United.

6.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the December 6, 2007 Report of the Special Litigation Committee.

8.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the March 6, 2007 Form 10-K filed by United with the Securities and Exchange Commission.

9.  Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Expert Report of Brian T. Foley [*FILED UNDER SEAL*].

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  May 27, 2008                    s/ Katie C. Pfeifer
                                        Katie C. Pfeifer