UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: UNITEDHEALTH GROUP INCORPORATED PSLRA LITIGATION

Master File No. 06-1691 (JMR/FLN)

---

**DEFENDANTS' MOTION FOR CLARIFICATION**
**(Oral Argument Not Requested)**

---

Defendants UnitedHealth Group Incorporated, Stephen J. Hemsley, Patrick J. Erlandson, Robert J. Sheehy, William A. Munsell, Tracy L. Bahl, Lois E. Quam, James A. Johnson, Thomas H. Kean, Mary O. Mundinger, William C. Ballard, Jr., Douglas W. Leatherdale, Gail R. Wilensky, Richard T. Burke, Donna E. Shalala and Robert L. Ryan hereby move the Court for an order confirming that the Court's June 4, 2008, Order (Docket No. 703) does not require production of the interview memoranda prepared by Wilmer Cutler Pickering Hale and Dorr LLP, documents reflecting attorneys' mental impressions of the interviews, the memorandum prepared by Covington & Burling LLP, and the two memoranda prepared by Dorsey & Whitney LLP.

The grounds for this Motion are set forth in an accompanying Memorandum of Law and Declaration. Oral argument is not requested.

Pursuant to Local Rule 37.1, counsel for Defendants hereby certify that they conferred with Plaintiffs' counsel regarding the interpretation of the Court's June 4, 2008, Order and were not able to resolve the issue without Court action.

Dated: June 13, 2008

DORSEY & WHITNEY LLP

By: s/ Peter W. Carter
Peter W. Carter (#227985)
Thomas P. Swigert (#266309)
Katie C. Pfeifer (#309709)
Michelle S. Grant (#311170)
Gretchen A. Agee (#351532)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612-340-2600
Facsimile: 612-340-2868
carter.peter@dorsey.com
-and-
O'MELVENY & MYERS LLP
Charles E. Bachman (*pro hac vice*)
Abby Rudzin (*pro hac vice*)
Adam Rubin (*pro hac vice*)
Daniel Steven Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000

Jeffrey W. Kilduff (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5383

*Attorneys for Defendants UnitedHealth Group Incorporated, Stephen J. Hemsley, Patrick J. Erlandson, Robert J. Sheehy, William A. Munsell, Tracy L. Bahl, Lois E. Quam, James A. Johnson, Thomas H. Kean, Mary O. Mundinger, William C. Ballard, Jr., Douglas W. Leatherdale, Gail R. Wilensky, Richard T. Burke, Donna E. Shalala and Robert L. Ryan*