UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re UNITEDHEALTH GROUP INCORPORATED PSLRA LITIGATION )<br>)<br>)<br>This Document Relates To:  )<br>)<br>ALL ACTIONS. )<br>)<br>) | Civ. No. 0:06-cv-01691-JMR-FLN<br><br>CLASS ACTION<br><br>DATE:     March 16, 2009<br>TIME:     10:00 a.m.<br>PLACE:   The Honorable<br>              James M. Rosenbaum |

LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES

Lead Counsel hereby moves this Honorable Court for an award of attorneys' fees in the above-captioned matter pursuant to Federal Rule of Civil Procedure 54(d)(2). This motion is based upon this Motion, the Memorandum of Law in Support thereof, the affidavits and declarations submitted in support thereof, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

DATED: January 28, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KEITH F. PARK
MICHAEL J. DOWD
ARTHUR C. LEAHY
ANDREW J. BROWN
ANNE L. BOX
RAMZI ABADOU
JENNIFER L. GMITRO
SHANNON M. MATERA
MAUREEN E. MUELLER

s/ Ramzi Abadou
RAMZI ABADOU

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs


- 2 -

        REINHARDT WENDORF & BLANCHFIELD
        GARRETT D. BLANCHFIELD, JR. (#209855)
        E-1250 First National Bank Building
        332 Minnesota Street
        St. Paul, MN  55101
        Telephone:  651/287-2100
        651/287-2103 (fax)

        Liaison Counsel

Document2