Form ZT1 Page 2 of 5

Honorable James M. Rosenbaum
C/O Clerk of the Court
United States District of Minnesota
Courtroom 14E 300 South Fourth St.
Minneapolis, MN 55415
Class Action: Civil File No. 0:06-cv-01691-JMR-FLN
PSLRA Litigation

## File for Objections

Honorable James M. Rosenbaum,

I Harold W. Myers (class member) as share holder of dates 01/20/2005-05/17/2006 and moreover not under Plaintiffs or Defendants protection, ask that these objections be read into case file 0:06-cv-01691-JMR-FLN and file for motion to dismiss section 10 (b) of NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION listed here in Paragraph 2. – for reasons stated I make objection to 3 items;

### Demonstration of membership
Filed online e-mail with form UHLT1
Z42669040 UNH 08/03/2005 Buy 198 $10,531.77 $53.09
Z42669040 UNH 08/08/2005 Sell 42 $2,176.13 $52.29
Z42669040 UNH 09/01/2005 Sell 58 $2,993.02 $51.95
Z42669040 UNH 05/04/2006 Sell 98 $4,547.68 $46.61

X24099252 UNH 08/04/2005 Buy 24 $1,296.03 $53.17
X24099252 UNH 05/04/2006 Sell 24 $1,098.65 $46.61

SCANNED
APR 1 3 2009
U.S. DISTRICT COURT MPLS

<u>1.</u> In instruction supplement, (NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION) to UHLT1 it states and I quote," **PLEASE DO NOT CONTACT THE COURT OR THE CLERK OF THE COURT OR UNITEDHEATH REGUARDING THIS NOTICE,**" this appears in the bottom of the supplement and does not have a form # to help identify so I have marked and included a copy of this with this filing. This will be marked with AB1 and forwarded. I believe this statement to be misleading in that you can file to the court objections up to 02/17/2009 per https://www.unitedhealthgroupsettlement.com/ssl/default.aspx. This was added I believe just to make people with objections run past the date 02/17/2009 giving them, the people (class members) involved, limited or no say.---MISLEADING and should void any

Form ZT1 Page 3 of 5

signatures of release or liability to UnitedHealth in form # UHLT1 last page under PART 1.. Certification.

have been incurred but for the obligation to forward the Notice and Proof of Claim and Release form, upon submission of appropriate documentation to the Claims Administrator.

### XIV. EXAMINATION OF PAPERS

This Notice is a summary and does not describe all of the details of the Stipulation. For full details of the matters discussed in this Notice, you may review the pleadings, the Stipulation, its exhibits, and copies of this Notice and the Proof of Claim and Release filed with the Court on the Internet at www.unitedhealthsecuritiesclassaction.com or at the office of the Clerk of the Court, United States District Court, District of Minnesota, United States Courthouse, 300 South Fourth Street, Minneapolis, MN during normal business hours. Further, you may review the Stipulation, its exhibits, and copies of this Notice and the Proof of Claim and Release filed with the Court online at www.unitedhealthgroupsettlement.com.

If you have any questions about the settlement of the Litigation, you may contact Lead Counsel by writing:

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Michael J. Dowd
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
MikeD@csgrr.com

You may also call a representative of plaintiffs' counsel: Rick Nelson, toll free at 1-800-449-4900.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK OF THE COURT OR UNITEDHEALTH REGARDING THIS NOTICE.**

DATED: December 22, 2008

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AB1

12

Form ZT1 Page 4 of 5

2. In instruction supplement, (NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION) to UHLT1 it states and I quote;

### "Section 10(b) Claims for Common Stock
1. For shares of UnitedHealth common stock purchased, or acquired, during any of the inflation periods shown below in table 1, and
    (a) sold within the same period the claim per share is zero;
    (b) sold within the same purchase period, the claim per share is the lesser of (i) the purchase price per share less the sales price per share, or (ii) the computed inflation per share at time of purchase less the computer inflation per share at time of sale, or (iii) the purchase price per share less 46.41;
    (c) Retained at the end of May 17, 2006, the claim per share is the lesser of (i) the purchase price per share less 46.41, or (ii) the computed inflation per share at the time of purchase."

I believe and ask that, Section 10(b), (a),(b) and (c) of be omitted from NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION giving equal rights to all class members of dates 01/20/2005-05/17/2006 and dates listed in NOTICE for the following reasons;

It is as if the Plaintiff's are trying to take advantage of folding IRS short sells laws into their claim of settlement from UNH to excite their (plaintiffs) own behalf. UNH uses this Section 10(b) to ask for more signatures of release without compensation to shorts who may have been hurt just as equal as Plaintiffs. So it is in this statement I ask for objection and motion to dismiss, Section 10(B), (a),(b), and (c) of NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION from Civil File No. 0:06-cv-01691-JMR-FLN, PSLRA Litigation.

**3.** I also ask the courts to hold no harm to class members whom were not informed of class action at the start of the case as they had no time for discovery of information in this case or to select advisory services., plus are led to believe strongly that settlement would be in favor of Plaintiffs or settle out of court in favor of Plaintiffs. It would take years to go over this information for myself and would only tie up the courts, plaintiff, and defendants and that is not my intent. If a handful of lawyers and accountants can't read and understand what information was submitted in due time and under-cost, I object to being held liable by signing NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION in case UNH (defendants) would suffer a win.

**P.S. to 3.** If, in fact, the above is to be held true for the short interests and they were not informed and given time for proper D&D or to seek council and clearly are not represented by Plaintiffs or Defendants, they simply sold their shares short to prevent lose of share value and possibly court litigation; then asked to surrender all rights and a 10% lawyer fee as part of any possible settlement. Wouldn't that entitle the unrepresented short interest 10% fee of settlement distributed equally and held to no

Form ZT1 Page 5 of 5

liability as they are short D&D and representation from the start—making them their own keepers (short interests)? In order to not take time of the courts or the Plaintiffs/Defendants I leave these objections and Motions to the courts;
Honorable James M. Rosenbaum
C/O Clerk of the Court
United States District of Minnesota
Courtroom 14E 300 South Fourth St.
Minneapolis, MN 55415
Class Action: Civil File No. 0:06-cv-01691-JMR-FLN
PSLRA Litigation
to withdraw or add my signature to form NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION and form UHLT1 and to act on my best interest as the Plaintiffs/Defendants will not.

I file via in writing due to the fact that my limited shares would not warrant the time and cost of appearing in person or even by telephone.

Thank You,

Harold W. Myers
586 Milleman
Palisade, Co. 81526
970-250-3815

_Harold W. Myers_     02-15-2009
Harold W. Myers          Date

--- END ---